AO 112 (Rev.6/96-EDVA) Warrant for Arrest

# United States District Court
## EASTERN DISTRICT OF VIRGINIA

## WARRANT FOR ARREST

UNITED STATES OF AMERICA
v.

Oscar L. Holmes

CASE NUMBER: 1:04m842

FILED
MAY 19 2005   05-0296M-01
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**To:** The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest <u>Oscar L. Holmes</u> and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__Indictment __Information __Complaint __Order of Court _X_ Violation Notice __Probation Violation Petition

charging him or her with (brief description of offense)

Violation of Operating after suspension - See Attached

In Violation of Title <u>18</u> United States Code, Section(s) <u>13 assim. VA sec. 46.2-301</u>

<u>The Honorable Thomas Rawles Jones, Jr.</u>         <u>United States Magistrate Judge</u>
Name of Issuing Officer                                          Title of Issuing Officer

[signature]                                                            10-20-2004
Signature of Issuing Officer                                     <u>401 Courthouse Square Alexandria, VA 22314</u>
                                                                             Date and Location

| Date Received 5-19-05 | Name and Title of Reporting Officer Darlene Todd DUSM | Signature of Reporting Officer [signature] Darlene Todd |
|---|---|---|
| Date of Arrest 5-19-05 | | |

**United States District Court**
**Violation Notice**

Loc. Code: FY-02
Violation No.: A1192136
Print Officer Name: SR Ward
Officer No.: W0006

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 2Aug04 2:40
Offense Charged: 46.2-301 VSC
Place of Offense: Hatfield Search, Ft Myer VA 22211
Offense Description: Operating a Motor Vehicle with a Revoked/Suspended License 32 CFR SEC 634.25(F)

Defendant's Last Name: Holmes
First Name: Oscar
M.I.: L
Street Address: 1210 Orleans St NE
City: ___

**VEHICLE DESCRIPTION**

| Vehicle Tag No. | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|
| 02N777 | MD | 06 | Ford | White |

A [X] YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS.
B [ ] YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS.
   ___ I wish to terminate this matter by paying the collateral shown below, enclosed
   ___ I plead not guilty and promise to appear as required.

A1192136

**YOUR COURT DATE**

Court Address: 401 Courthouse Square, Alexandria, Virginia 22314
Date: 10Aug04
Time: 09:00 AM

Collateral (fine): MCA
For payment by credit card, SEE INSTRUCTIONS.

DD FORM 1805, SEP 1998   Officer's Copy   Previous edition is obsolete.
(Accountable upon issuance to the offender and until passed to the Appropriate Central Violations Bureau (Magistrate Court).)

---

**05-0296M-01**

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 10 Aug, 2004 while exercising my duties as a law enforcement officer in the Eastern District of Virginia

While Conducting my duties as S-D on Fort Myer VA, I was called to Hatfield Search reference to a BOLO. The BOLO was negative, however a wren run of the subjects DL was suspended. The subject was identified as Oscar L Holmes by DL. All information on the face of this notice is contained there in.

The foregoing statement is based upon:
[X] my personal observation   [ ] my personal investigation
[X] information supplied to me from my fellow officer's observation
[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04Aug10   Colette C Ward
Date / Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date / U.S. Magistrate Judge

DD FORM 1805 (BACK), SEP 1998

## Fort Myer Military Police

Bldg # 415 Rm. # 137
Sheridan Ave.
Fort Myer, Va 22211
(703) 696-5211

August 11, 2004

05-0296M-01

Dear Mr. Holmes:

This letter is to inform you that after a careful review of the facts related to the issuing of the traffic ticket (A1130136) to you on 10 August 2004, I found that the court date written on the ticket by the issuing officer is incorrect. The actual court date is 25 October 2004. The Clerk of Court is aware of this error, and will have your name on the docket for October 25, 2004. If we can assist you in the future please feel free to contact this office. (703) 696-5211.

Sincerely,

Dustin J. Felde
SPC / USA
Traffic Section